FILED
08 MAY -7 PM 1:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MQ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Terry Brown, Plaintiff,

vs.

Port of Oakland, Defendant(s).

CASE NO. CV 08 2258 JL

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:
   Address: 915 E 21st Street
   City, State & Zip Code: Oakland, CA 94606
   Phone: 510-967-6872

2. Defendant is located at:
   Address: Jack London Square 530 Water Street
   City, State & Zip Code: Oakland, CA 94607

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:
   a. X  Failure to employ me.
   b. X  Termination of my employment.

Form-Intake 2 (Rev. 4/05)    - 1 -

1.     c. __ Failure to promote me.

2.     d. X_ Other acts as specified below.

3. Title VII of the Civil Rights act of 1964 (title VII).
4. The Age Discrimination in employment act (ADEA).
5. The American with Disabilities act (ADA)
6. _____
7. _____
8. _____

9.   5.   Defendant's conduct is discriminatory with respect to the following:

10.     a. X My race or color.

11.     b. __ My religion.

12.     c. X My sex.

13.     d. X My national origin.

14.     e. X Other as specified below.

15. retaliation, (For pointing out who caused my injuries

16.   6.   The basic facts surrounding my claim of discrimination are: The Port of Oakland
    is known for rehiring those who retire from employment.
17. I was Forced to Retire under emotional distress
18. I didn't Realize what i had done See (Exhibits doctors).
19. there has been an ongoing harassments, I was
20. Yeild at, forced to Sign papers, or and threatening
21. my Job ability. then at last I was supposed to
22. have made a threat to the Port of Oakland
23. as like a terrorist. this come from Bill Edwards
24. my Job Foreman, and I was treated as if I made threat.

25.   7.   The alleged discrimination occurred on or about it Started Late 1997
26. Thru this day. Because they yet have not hired me back. (DATE) 5·7·08

27.   8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the
28. California Department of Fair Employment and Housing) regarding defendant's alleged (thank you)
Also EEOC Exhibits 1,2,4,5,6,

Form-Intake 2 (Rev. 4/05)      - 2 -

Please See Doctor Exhibits 1-4 and those that
I have not Enclosed

1. discriminatory conduct on or about ~~Late~~ from 1997 to today 5- -2008 not allowing me my job back. Please see Exhibits and doctor papers of my mental Disorder. I actually knew not what to do/where to go.
   (DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about 3-20-08.
   (DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
    Yes _X_   No ___

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 5-7-08                    _Terry Brown_
                                 SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION       Terry Brown
IS NOT REQUIRED.)                PLAINTIFF'S NAME
                                 (Printed or Typed)

Form-Intake 2 (Rev. 4/05)        - 3 -



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Exhibits ①

55

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay the processing of your questionnaire. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."

**(PLEASE PRINT)**

1. **Personal Information**
   Last Name: Brown, First Name: Terry MI: Don
   Street or Mailing Address: P.O. Box 5279   Apt Or Unit #: ___
   City: Oakland   County: ALA   State: CA   Zip: 94605
   Phone Numbers: Home: (510) 967-6872   Work: ( ) ___
   Cell: 510 967-6872   Email Address: ___
   Date of Birth: 10-9-58   Sex: Male X Female ___ Race: Black
   National Origin / Ethnicity ___   Do You Have a Disability? (Yes) No

   Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
   Name: Carl Brown   Relationship: Brother
   Address: 915 Glasier Court   City: Vallejo   State: CA Zip Code: 94591
   Home Phone: 707 556-3326 Other Phone: 510 427-8816

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer X   Union ___   Employment Agency ___   Other (Please Specify) ___

2. **Organization Contact Information**
   Organization #1 Name: Port of Oakland
   Address: P.O. Box 2064   County: ALAMEDA
   City: Oakland   State: CA Zip: 94604   Phone: ( ) ___
   Type of Business: Public Services   Job Location if different from Org. Address: ___
   (Human Resources Director) or Owner Name: James E. Allen Jr   Phone: 510 834-4591 / 627-1100
   Number of Employees in the Organization at All Locations: Please Check (✓) One   272-1100
   Less Than 15   15 - 100   101 - 200   201 - 500   (More 500)

   Organization #2 Name: ___
   Address: ___   County: ___
   City: ___   State: ___ Zip: ___   Phone: ( ) ___

Type of Business: _____ Job Location if not at Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: _____

Number Of Employees In The Organization At All Locations: please check (✓) one

Less Than 15    15 - 100    101 - 200    201 - 500    (More 500)

3. Your Employment Data (Complete as many items as you can)

Date Hired: _May of 95_ Job Title At Hire: _Semi Skilled Laborer_
Pay Rate When Hired: _about 3,000 monthly_ Last or Current Pay Rate: _about 4,000_
Job Title at Time of Alleged Discrimination: _Semi Skilled laborer_
Name and Title of Immediate Supervisor: _Julian Valeno V/IA John Kaehms_
If Applicant, Date You Applied for Job _yr 1995_ Job Title Applied For _Semi Skilled Laborer_

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.*

(Race)  (Sex)  (Age)  (Disability)  National Origin  (Color)  (Religion)  (Retaliation)  Pregnancy

Other reason (basis) for discrimination (Explain). _Right to work in safe environment 1998_
_A supervisor totally unhappy with his position. Assaulted twice nothing was done_

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 - Written Warning from Supervisor, Mr. John Soto)

A) Date: _yr about 1999 + 2000 thru today_ Action: _After taking or excepting a position 1997 from immediate Foreman. the supervise didn't want me to take posi.ty_
Name and Title of Person(s) Responsible: _Supervisers: Julian Valeno Via John Kaehms_

B) Date: _from on going to today_ Action: _In 2003 I went to file a complaint within the Port of Oakland Which was also denied._
Name and Title of Person(s) Responsible _Foreman: Bill Edwards, (for threatning me). Sab + Careere_

Describe any other actions you believe were discriminatory.

_I was physically assaulted. 1998 nothing was done. 1999 i was mentally assaulted and my life was threatened by Victor Rodgers, a friend of John Kaehms. John Kaehm hired Victor R. after i was hit by Rickie Lopp. John Seen how afraid i was, nothing was done. John K. broken the Policy Law from the Port of Oakland and hired this man_

(Attach additional pages if needed to complete your response.) _to put more fear in my life_

Exhbit C

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

A. **NAME** any and **JOB TITLE** everyone that worked in the same facilities that i worked. **ADDRESS & PHONE NUMBER**

B. **NAME** Same as Above **JOB TITLE** **ADDRESS & PHONE NUMBER**

C. **NAME** Same as Above **JOB TITLE** **ADDRESS & PHONE NUMBER**

12. Have you filed a charge previously in this matter with EEOC or another agency? YES ☒ NO ☐

13. If you have filed a complaint with another agency, provide name of agency and date of filing: Worker Comp year 2000 or Something also within the port of Oakland

14. Have you sought help about this situation from a union, an attorney, or any other source?
YES ☒ NO ☐  - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Local 790 didnt get no help at all (A pretend) Worker Comp Attorny but to no avail. and myself being in Pro Per.

Terry D. Brown                    11-13-07
Signature                         Today's Date

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number on the attached cover letter. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

John Kaehms told me himself when i got hired At the Port of Oakland. He Said, Terry i know what your'e capable of and what you can do. he said I can Fly Airplanes & have my own, I deep Sea dive. And hear i Am stuck down here. (I didn't realize what he was saying

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

Full Name | Job Title | Description
1. Gubur Gilbert Sr | Garder/SemiSkilled Laborer | Retired, then Rehired
2. all empoyees at harbour with ondy had entre to bildn. not I.
3. Jerry Bizzly died foreman Superviser : John k. was removed from his duty. I had to be removed.

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11. I exposed who cause my injuries. but yet it taken the death from a person that can't defend himself.

8. Please check all that apply:   Yes, I have an actual disability ✓   I mentally barley made, it feels very hard to live. Or want to live
   I have had an actual disability in the past
   No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.)

Mental disorder, totally depressed and everything the doctor has started. feel like I'm living a lost life. I didn't mean to quit my job. I have lots of back pain and pain threw out my body, I was Admited to Herrick hospital (suicide thoughts)

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    YES ☐  NO ☒  The doctor Requested but i didn't want to leave the Airport
    Did you need this assistance or change in working condition in order to do your job?  Airport.
    YES ☒  NO ☒  I requested transfer but not away from
    If "YES", when? in 1997   To whom did you make the request? Provide full name
    of person_____   How did you ask (verbally or in writing)? verbally
    Describe the assistance or change in working condition requested?
    After Merrit Miller died  ~~on the~~  I was requesting his position away from John kaehms. even a different hour shift but yet still at the Airport and mainly working inside the Airport. I got knothing but the runaround



**U.S. Equal Employment Opportunity Commission**
**San Francisco District Office**

350 The Embarcadero
Suite 500
San Francisco, CA 94105
(415) 625-5602
TTY (415) 625-5610
FAX (415) 625-5609

Exhb. 4

Respondent: PORT OF OAKLAND
EEOC Charge No.: 555-2008-00141
FEPA Charge No.:

January 23, 2008

Terry D. Brown
P.O. Box 5279
Oakland, CA 94605

Dear Mr. Brown:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)

- [X] The Age Discrimination in Employment Act (ADEA)

- [X] The Americans with Disabilities Act (ADA)

- [ ] The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3) Return the signed charge to this office in the enclosed postage paid envelope.

Since charges should be processed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[X]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

California Department Of Fair Employment & Housing
611 W. 6th St., Ste.1500
Los Angeles, CA 90017

Exhibit 5

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 555-2008-00141 |

California Department Of Fair Employment & Housing                              and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Terry D. Brown | (510) 967-6822 | 10-09-1958 |

Street Address: P.O. Box 5279, Oakland, CA 94605

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PORT OF OAKLAND | 500 or More | (510) 272-1346 |

Street Address: 530 Water Street, P.O. Box 2064, Oakland, CA 94604

DISCRIMINATION BASED ON _(Check appropriate box(es).)_

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ OTHER _(Specify below.)_

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 12-31-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s))_:

I was hired by Respondent in May 1995. My most recent job title was Semi-skilled Laborer. In 2001, I unknowingly retired from my position. Since that time, I have tried to be reinstated, but to no avail.

Respondent gave no reason for its refusal to reinstate me.

I believe that I have been discriminated against because of my age, 49, in violation of the Age Discrimination in Employment Act of 1967. I believe that I have been discriminated against in violation of the Americans with Disabilities Act of 1990. I further believe that I have been discriminated against because of my sex, male and race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1-30-08   /s/ Terry Don Brown
Date / Charging Party Signature

NOTARY – _When necessary for State and Local Agency Requirements_

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
_(month, day, year)_

RECEIVED FEB 01 2008
EEOC-SFDO

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**   Exhbit 6

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Terry D. Brown<br>P.O. Box 5279<br>Oakland, CA 94605 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2008-00141 | Bryne A. Moore,<br>Investigator | (503) 477-6056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Michael Baldonado*   3.17.08
Michael Baldonado,   *(Date Mailed)*
Acting Director

Enclosures(s)

cc: David L. Alexander
Port Attorney
PORT OF OAKLAND
530 Water Street
P.O. Box 2064
Oakland, CA 94604

*11-13-07*

*Discrimmnation Exhibit ③*

(continued)

I spoke first our manager Karl Kuhlmann

I spoke first with our manager Karl Kuhlmann he said he did not know anything about what they're going to do. Talk to they're superviser.
So, i talked to there facilities superviser , he stated he did'nt know what was going to happen. Go talk to human resources.
So iwent. I go to main office .I can't recall names; but the mere mention of the name will bring back memory..

DISCRIMINATION CONTINUED *= Too this day.*
*5.7 2008*
*not allowing a rehire.*

first; I was removed from working at the Oakland Airport location after stating who, and what caused my on the job injuries. *Supp*singly to get away from a hostil envirement.
 - same superviser was removed from his possition after the death ofhis immediat foreman Jerry Bizzel which many employees blamed his superviser John Kaehms.
SECONED; year 2001 . I reported for work duty with proper I .D for in and out you need your job i, d, to enter your job facilities. I was picked out not allowed inbuilding. I entered building after being called to meeting. I was stopped by security and excorted out of the building right now you can't go any further. EVERONE else was allowed in building and any where else.

1998 i was physically assaulted by employee name Rickee Lopp Nothing was never done. I feared for my job.
1999 i was mentally assaulted by ~~another~~ *two other* employees named *Victor Rodgrist* *and* Dick Stillwell from garding facilities. over an issue John Kaehms *Tempary worker* created. Leadman Billy Mayfield witnessed this himself. *John Kaehny hire.*

THIRD; 2001 i unknowingly retired from my job with the Port of Oakland when i realized what i done i was admitted to herrit hospital via kaiser hospital. I've been trying to get my job back since this day. It feels like i never had any rights. Like not having the right to live, ifelt stripped of everything I could not believe that i retired from such a beautifull job less than 5 miles away from home. see Doctor report.

THANK YOU *Jerry Br—*

FROM: Doctor Exhibit #①    FAX NO. :    Feb. 15 2002 09:19AM P2

**PHILIP COLEMAN, Ph.D.**
Clinical Psychologist
2100 Lakeshore Avenue
Oakland, California 94606
(510) 763-0105

RECEIVED
2006 JUL 25 PM 5:52
DEPT OF INDUST RELAT
DWC/WCAB

February 14, 2002

Attorney Raymond Wright
20980 Redwood Road, Suite 260
Castro Valley, CA 94546

Dear Attorney Wright:

Mr. Terry Brown was in psychological treatment with me from April, 1999 to March 2001. As the treating psychologist, I would like to state that I hold the opinion that Mr. Brown was greatly emotionally disturbed when he resigned from his position with the Port of Oakland. His decision was influenced by his severe depression, paranoid delusional state, and fear of retaliation from supervisors and co-workers. I do not believe he would have made this same decision if he had been in a rational, less emotionally disturbed state.

Sincerely,

*[signature]*
Philip Coleman, Ph.D.
Clinical Psychologist

CA LICENSE NO. PSY7968

DEC 06 '00 10:32AM

P.2/3

Doctor Ex #2

# PHILIP COLEMAN, Ph.D.
### Clinical Psychologist

2100 Lakeshore Avenue
Oakland, California 94606
(510) 763-0105

November 16, 2000

Lisa Bartlow
Workers' Compensation Administrator
530 Water Street
P.O. Box 2064
Oakland, CA 94604-2064

Dear Ms. Bartlow:

I am aware that Mr. Brown returned to work on November 1, 2000. Prior to Mr. Brown being permitted to work, Mr. Brown's superintendent requested a release order from me. Pursuant to Dr. Whyman's recommendation, I released Mr. Brown to return to work duty.

I am adhering to Dr. Whyman's recommendations regarding required treatment for Mr. Brown. He is continuing in once weekly psychotherapy with me. In addition, I referred Mr. Brown to Richard Unger, M.D. for medication evaluation. Dr. Unger has prescribed a trial of celexa for Mr. Brown.

Mr. Brown's current diagnostic status is <u>Major Depressive Episode with Psychotic Features in Partial Remission.</u>

Although Mr. Brown has returned to work, he continues to suffer from intermittent depressive mood, generalized anxiety, intrusive thoughts of a paranoid nature, and fatigue. In addition, Mr. Brown continues to suffer from vegetative disturbances. He reports getting about two to four hours of sleep at night, resulting from intermittent and early morning waking. His appetite is slight; he eats at most a sandwich daily. His energy level is low; after work he is exhausated and goes to bed.

Upon returning to work, Mr. Brown was placed on modified duty by Stephen Miller, M.D., due to orthopaedic pain in the back, neck and shoulder regions. I am enclosing a copy of his modified work order. Understandably, Mr. Brown's chronic pain condition exacerbates his mood disorder condition.

It is my estimation that continued psychotherapy and medication will alleviate Mr. Brown's dysphoria and somatic problems.

CA LICENSE NO. PSY7968

Received Time Dec. 6. 10:53AM

**RICHARD C. UNGER, PH.D., M.D.**
DIPLOMATE IN PSYCHIATRY

Doctor Exhibit #3

2507 ALCATRAZ AVENUE • BERKELEY, CA 94705
510 • 655 • 0990

February 13, 2001

Lisa Bartlow
Worker's Compensation Administration
Port of Oakland
530 Water Street
P. O. Box 2064
Oakland, CA 94604

Re: Terry BROWN
Case #:  99-0018

Dear Ms. Bartlow:

This letter is in follow up to our recent conversation regarding Mr. Brown.

As you are well aware, Mr. Brown has been receiving psychological care from Phillip Coleman, Ph.D. due to psychological distress relating to Mr. Brown's employment at the Port of Oakland. In the course of his treatment of Mr. Brown, Dr. Coleman became concerned about the severity of Mr. Brown's condition and referred Mr. Brown to me for a psychiatric opinion. In specific, he wanted to know whether psychiatric medications would be a useful addition to psychological counseling in Mr. Brown's condition.

I met with Mr. Brown on November 20, 2000 for a 70 minutes long psychiatric evaluation appointment. During this appointment, based upon my assessment of Mr. Brown's condition I recommended that he begin treatment with the anti-psychotic medication Risperdal. I prescribed this medication and discussed its use and risks with Mr. Brown.

Mr. Brown's psychiatric condition is quite severe. He suffers from Delusional disorder, paranoid type (DSM-IV 297.1) centered almost exclusively around events that occurred to him during his work at the Port of Oakland. This is a rather unusual disorder, distinct from schizophrenia, but generally very difficult to treat and slow to respond to treatment. Medications of varying utility in the treatment of this disorder but are certainly worth trying as they at time do reduce symptom severity.

After my meeting with Mr. Brown I spoke with Dr. Coleman by telephone and conveyed to him my diagnosis and recommendations for further treatment.

If you require further information in order to pay for the services I provided to your insured, please contact me directly at my office.

Cordially,

Richard C. Unger, PhD., M.D.

Received Time Feb.20. 11:04AM

**ALAMEDA COUNTY MEDICAL CENTER**



*Highland Campus • Fairmont Campus*
*John George Psychiatric Pavilion*
*Ambulatory Healthcare Services*

Doctor Exhibit 4

10/15/03

To Whom It May Concern:

Mr. Terry Brown is a patient at Highland Hospital where he has been treated for many (since 10/01) years. His medical problems lead to difficulty focusing on specific ~~even~~ items, making remembering dates difficult.

Please call with any questions.

Sincerely,

*[signature]*

Bhrett Lash, MD
#066076   Resident
Internal Medicine

```
Highland Hospital
Clinic Scheduling Unit
1411 E. 31st St
Oakland, CA  94602

You have an appointment with

GEN MED RES.    LASH              TERRY BROWN
                                  915 E 21ST ST     #
on 10/15/2003 at 01:00PM          OAKLAND, CA  94606

PLEASE ARRIVE ONE HOUR before your appointment, but n
before 7:00 a.m.  THERE IS A $1.00 charge for MEDI-CA
CO-PAYMENTS OR FOR REPLACEMENT OF LOST CLINIC CARDS.

IF YOU WISH TO CANCEL OR RESCHEDULE YOUR APPOINTMENT
    SURGERY/UROLOGY      PEDIATRICS      ALL OTHER CLINI
      437-4012            437-8515         437-8500
```

Highland Campus

1411 East 31st Street • Oakland, California 94602 • (510) 437-4800