|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 10 |   |
| 11 | Terry Brown Plaintiff,                ) CASE NO. _____ |
| 12 |              vs.                                          ) APPLICATION TO PROCEED |
| 13 |                                                                ) **IN FORMA PAUPERIS** |
| 14 | Port of Oakland Defendant.      ) |
| 15 |   |
| 16 | I, Terry Brown _____, declare, under penalty of perjury that I am the plaintiff |
| 17 | in the above entitled case and that the information I offer throughout this application is true and |
| 18 | correct. I offer this application in support of my request to proceed without being required to |
| 19 | prepay the full amount of fees, costs or give security. I state that because of my poverty I am |
| 20 | unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. |
| 21 | In support of this application, I provide the following information: |
| 22 | 1.   Are you presently employed?                    Yes ____ No ✗ |
| 23 | If your answer is "yes," state both your gross and net salary or wages per month, and give the |
| 24 | name and address of your employer: |
| 25 | Gross: _____ Net: _____ |
| 26 | Employer: _____ |
| 27 | _____ |
| 28 | If the answer is "no," state the date of last employment and the amount of the gross and net salary |

Form-Intake 3 (Rev. 4/05)                    - 1 -

1  and wages per month which you received.
2  about 3-19-08   Net $ 3,162
3  _____ gross $ 4,065 _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or           Yes ___ No X
8            self employment?
9       b.   Income from stocks, bonds,        Yes ___ No X
10           or royalties?
11      c.   Rent payments?                    Yes ___ No X
12      d.   Pensions, annuities, or           Yes ___ No X
13           life insurance payments?
14      e.   Federal or State welfare payments,  Yes ___ No X
15           Social Security or other govern-
16           ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _____ø_____
20  _____

21  3.   Are you married?                      Yes ___ No X
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $ _____ Net $ _____
26  4.   a.   List amount you contribute to your spouse's support: $ ____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)            - 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____∅_____
3  _____
4  5.   Do you own or are you buying a home?   Yes ___ No X
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?   Yes X No ___
7  Make 1978 Cadillac   Year 1978   Model Sevil
8  Is it financed? Yes ___ No ✓  If so, Total due: $ ___0___
9  Monthly Payment: $ ___0___
10 7.   Do you have a bank account? Yes X No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Washington Mutual
12 _____
13 Present balance(s): $ ___$30.00___
14 Do you own any cash? Yes ___ No X Amount: $ ___0___
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No X
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ ___600.00___   Utilities: $150.00 – $250.00
20 Food: $ 150.00 to 200.00   Clothing: 0 – 100.00
21 Charge Accounts:
22 **Name of Account**      **Monthly Payment**         **Total Owed on This Account**
23 ___∅___         $ _____         $ _____
24 _____      $ _____         $ _____
25 _____      $ _____         $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

Form-Intake 3 (Rev. 4/05)          - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes  X  No ~~Unknown~~ 7.5

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Terry Brown Vs Port of Oakland Case #2002 075184
Superior Court of California, County of Alameda  661 Washington Street Oakland 94607

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-7-08                                 Terry Brown
DATE                                SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)           - 4 -