

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry Brown

~~Plaintiff(s)~~,

Port of Oakland

Defendant(s).

No. C 08-2358 JL

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5-15-08

Signature: *Terry Brown* 5-15-08

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")