

## PROOF OF SERVICE BY MAIL CCP 1013a, 2015.5

I declare that: I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to this action; my home address 915 E 21st, Street Oakland CA 94606

On 5-15-08, following ordinary business practices, I placed for collection and mailing by First Class Mail, at Lakeside Post Office Oakland copy of the request for Reassignment to a United States District Judge.

in a sealed envelope addressed to:

Port of Oakland
Jack London Square
530 Water Street
Oakland CA 94607

Maccora & Peoples
Attorney at Law
152 North Third Street, Suite 605
San Jose, California 95112

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 5-15-08 at Castro Valley, California.

Terry Brown                              Terry Brown