1  Edwin J. Wilson, Jr. (Bar No. 48881)
   Kurt C. Wendlenner (Bar No. 238434)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   94604-2047 Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Attorneys for Defendant
6  Port of Oakland

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TERRY BROWN,                          Case No.  C 08-02358SI

12              Plaintiff,                **NOTICE OF MOTION AND MOTION TO
                                          DISMISS PURSUANT TO FED. R. CIV. P.
13       vs.                              12(b)(6); AND IN THE ALTERNATIVE,
                                          MOTION FOR SUMMARY JUDGMENT
14  PORT OF OAKLAND,                      PURSUANT TO FED. R. CIV. P. 56(c)**

15              Defendant.                **Date:        July 25, 2008**
                                          **Time:        9:00 a.m.**
16                                        **Courtroom:   10 – 19th Floor**

17

18       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19            PLEASE TAKE NOTICE that on July 25, 2008 at 9:00 a.m., or as soon thereafter as the

20  matter may be heard, in Courtroom 10 of the above-entitled court, located on the 19th floor at 450

21  Golden Gate Avenue, San Francisco, California, Defendant the Port of Oakland will move, and

22  hereby so moves, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff Terry

23  Brown's Complaint on the ground that the Complaint fails to state a claim upon which relief can

24  be granted.  In the alternative, Defendant will move, and thereby so moves, for an order, pursuant

25  to Fed. R. Civ. P. 56(c), granting summary judgment in favor of Defendant on the grounds that no

26  genuine issue of material fact exists in this matter.

27            Said motions shall be based upon this notice of motion and motion, the Memorandum of

28  Points and Authorities in support thereof, all pleadings, documents and records on file with the

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

*NOTICE OF MOTION AND MOTION TO DISMISS - Case
No.  C 08-02358SI*

1   Court, and such other and further oral and documentary evidence as may be presented to the

2   Court prior to, or at the time of the hearing on this matter.

3

4   Dated: June 20, 2008                    Wendel, Rosen, Black & Dean LLP

5

6                                           By: /s/ Edwin J. Wilson, Jr.
                                                Edwin J. Wilson, Jr.
7                                               Attorneys for Defendant
                                                Port of Oakland
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

*NOTICE OF MOTION AND MOTION TO DISMISS - Case No.  C 08-02358SI*        - 2 -