1  Edwin J. Wilson, Jr. (Bar No. 48881)
   Kurt C. Wendlenner (Bar No. 238434)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   94604-2047 Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Attorneys for Defendant
6  Port of Oakland

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TERRY BROWN, | Case No.  C 08-02358SI |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF KURT C. WENDLENNER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6); AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(c)** |
| 13 | vs. | |
| 14 | PORT OF OAKLAND, | |
| 15 | Defendant. | |
| 16 | | **Date:       July 25, 2008**<br>**Time:       9:00 a.m.**<br>**Courtroom:  10 – 19th Floor** |

18

19       I, Kurt C. Wendlenner, declare as follows:

20       **1.**     I am an attorney at law duly licensed to practice before all of the courts of the State

21  of California and an associate at Wendel, Rosen, Black & Dean LLP.  I am counsel for plaintiff

22  Port of Oakland (the "Port".)  The following statements are made upon my personal knowledge

23  unless otherwise indicated.  If called, I would competently testify to the following matters.

24       **2.**     In the instant action, Plaintiff Terry Brown filed his charge with the Equal

25  Employment Opportunity Commission on January 30, 2008.  Equal Employment Opportunity

26  Commission Intake Questionnaire, attached hereto as **Exhibit A**; EEOC Charge of

27  Discrimination, attached hereto as **Exhibit B**; Typed EEOC Charge of Discrimination

28  Attachment, attached hereto as **Exhibit C**.

*DECLARATION OF KURT C. WENDLENNER IN*
919191.9191\899308.1   *SUPPORT OF MOTION TO DISMISS - Case No.  C 08-*
*02358SI*

1  **3.**  The Equal Employment Opportunity Commission dismissed Browns charge as being "not timely filed with the EEOC . . ." (EEOC Dismissal and Notice of Rights, attached hereto as **Exhibit D**.)

**4.**  Brown filed his Complaint on May 7, 2008.  The Port was served with Brown's Complaint via US Mail on June 2, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008           /s/ Kurt C. Wendlenner
                               Kurt C. Wendlenner

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

919191.9191\899308.1

*DECLARATION OF KURT C. WENDLENNER IN SUPPORT OF MOTION TO DISMISS - Case No.  C 08-02358SI*      - 2 -

# EXHBIIT A



SSS-8-1'

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Exhibits ①

55

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay the processing of your questionnaire. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."

(PLEASE PRINT)

1. **Personal Information**
Last Name: Brown, First Name: Terry  MI: Don
Street or Mailing Address: P.O. Box 5279   Apt Or Unit #:
City: Oakland  County: ALA  State: CA  Zip: 94605
Phone Numbers: Home: (510) 967-6872  Work: ( ) 0
Cell: 510 967-6872  Email Address: 0
Date of Birth: 10-9-58  Sex: Male X  Female___  Race: Black
National Origin / Ethnicity _____ Do You Have a Disability? (Yes)  No

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Carl Brown  Relationship: Brother
Address: 915 Glasier Court  City: Vallejo  State: CA  Zip Code: 945-91
Home Phone: 707 556-33 Other Phone: 510 427-8816

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer X    Union___    Employment Agency___    Other (Please Specify) ___

2. **Organization Contact Information**
Organization #1 Name: Port of Oakland
Address: P.O. Box 2064  County: ALAMEDA
City: Oakland  State: CA Zip: 94604  Phone :( )
Type of Business: Public Services  Job Location if different from Org. Address:
Human Resources Director or Owner Name: James E. Allen J  Phone: 510 834-4591 / 627-1100 or 272-1100
Number of Employees in the Organization at All Locations: Please Check (✓) One
Less Than 15    15 – 100    101 – 200    201 – 500    (More 500)

Organization #2 Name: _____
Address: _____ County: _____
City: _____ State: _____ Zip: _____ Phone :( ) _____

Type of Business: _____ Job Location if not at Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: _____

Number Of Employees In The Organization At All Locations: please check (√) one

Less Than 15     15 – 100     101 – 200     201 – 500     (More 500)

3. Your Employment Data (Complete as many items as you can)

Date Hired: **May of 95** Job Title At Hire: **Semi Skilled Laborer**
Pay Rate When Hired: **about 3,000 monthly** Last or Current Pay Rate: **about 4,000**
Job Title at Time of Alleged Discrimination: **Semi Skilled Laborer**
Name and Title of Immediate Supervisor: **Julian Valeno 1/14 John Kaehms**
If Applicant, Date You Applied for Job **yr 1995** Job Title Applied For **Semi Skilled Labor**

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (√) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (√) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (√) RETALIATION.

(Race)  (Sex)  (Age)  (Disability)  National Origin  (Color)  (Religion)  (Retaliation)  Pregnancy

Other reason (basis) for discrimination (Explain). **Right to work in Safe environment 1998 A Supervisor totally Unhappy with his position. assaulted twice nothing was done**

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

A) Date: **year that 1990+ 2000 thru today** Action: **After taking or excepting a position 1997 from Immediate Foreman, the Supervisor didn't want me to take pos'ly**
Name and Title of Person(s) Responsible: **Supervisers: Julian Valeno Via John Kaehms**
B) Date: **From on going today** Action: **In 2003 I went to file a complaint within the Port of Oakland which was also denied.**
Name and Title of Person(s) Responsible **Foreman Bill Edwards, (for threating me), Job + Carreer**
Describe any other actions you believe were discriminatory.

**I was physically assaulted. 1998 nothing was done. 1999 i was mentally assaulted and my life was threatened by Victor Rodgers, a friend of John Kaehms. John Kaehms hired Victor R. After i was hit by Rickie Lopp. John Seen how afraid i was, nothing was done. John K. broken the Policy Law from the Port of Oakland and hired this man**

(Attach additional pages if needed to complete your response.) **to put more fear in my life**

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

John Kaehms told me himself when I got hired at the Port of Oakland. He said, Terry I know what you're capable of and what you can do. He said I can fly airplanes I have my own, I deep sea dive. And here I am stuck down here. I didn't realize what he was saying

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

Full Name — Job Title — Description
1. Gubur Gilbert SP    Garder/Semi Skilled    Retired, then Rehired
2. all empoyees at harbour Laborer with badge had entre to bildn not I.
remark 3. Jerry Bizzle died. Superciser: John K. was removed from his duty. I had to be removed.

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11. I exposed who cause my injuries, but yet it takes the death from a person that can't defend himself.

8. Please check all that apply:
   Yes, I have an actual disability ✓ I mentally barley made,
   I have had an actual disability in the past ( feels very hard
   No disability but the organization treats me as if I am disabled to live.
   or want to live

9. If you are alleging discrimination because of your disability, what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

Mental disorder, totally depressed and everything the doctor has stated. Feel like I'm living a lost life. I didn't mean to quit my job. I have lots of back pain and pain threw out my body, I was admitted to Herrick hospital (suicide thoughts)

10. Did you ask your employer for any assistance or change in working condition because of your disability?
YES ☐ NO ☒ The doctor requested but I didn't want to leave the Airport
Did you need this assistance or change in working condition in order to do your job?    Airport.
YES ☒ NO ☐ I requested transfer but not away from
If "YES", when? in 1997    To whom did you make the request? Provide full name
of person_____ How did you ask (verbally or in writing? Verbally
Describe the assistance or change in working condition requested?
After Merrit Miller died ~~~~~~ I was requesting his position away from John Kaehms, even a different hour shift but yet still at the Airport and mainly working inside the Airport. I got knothing but the runaround

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

NAME          JOB TITLE                ADDRESS & PHONE NUMBER
A. Any and everyone that worked in the same facilities that i worked.

NAME          JOB TITLE                ADDRESS & PHONE NUMBER
B. Same as above

NAME          JOB TITLE                ADDRESS & PHONE NUMBER
C. Same as above

12. Have you filed a charge previously in this matter with EEOC or another agency? YES ☒ NO ☐

13. If you have filed a complaint with another agency, provide name of agency and date of filing:
Worker Comp year 2000 or something also within the port of Oakland

14. Have you sought help about this situation from a union, an attorney, or any other source?
YES ☒ NO ☐ - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Local 790 didnt get no help at all (a present) Worker Comp Attorney but to no avail. and myself being in Pro Per.

Terry D. Brown                        11-13-07
Signature                             Today's Date

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number on the attached cover letter. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.



**U.S. Equal Employment Opportunity Commission**
**San Francisco District Office**

350 The Embarcadero
Suite 500
San Francisco, CA 94105
(415) 625-5602
TTY (415) 625-5610
FAX (415) 625-5609

Exhibit 4

Respondent: PORT OF OAKLAND
EEOC Charge No.: 555-2008-00141
FEPA Charge No.:

January 23, 2008

Terry D. Brown
P.O. Box 5279
Oakland, CA 94605

Dear Mr. Brown:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[X]   Title VII of the Civil Rights Act of 1964 (Title VII)

[X]   The Age Discrimination in Employment Act (ADEA)

[X]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3) Return the signed charge to this office in the enclosed postage paid envelope.

Since charges should be processed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[X]   Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

California Department Of Fair Employment & Housing
611 W. 6th St., Ste.1500
Los Angeles, CA 90017

# EXHBIIT B

EEOC Form 5 (5/01)

Exhibit

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 555-2008-00141 |

California Department Of Fair Employment & Housing                and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Terry D. Brown | (510) 967-6822 | 10-09-1958 |

Street Address: P.O. Box 5279, Oakland, CA 94605

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PORT OF OAKLAND | 500 or More | (510) 272-1346 |

Street Address: 530 Water Street, P.O. Box 2064, Oakland, CA 94604

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 12-31-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in May 1995. My most recent job title was Semi-skilled Laborer. In 2001, I unknowingly retired from my position. Since that time, I have tried to be reinstated, but to no avail.

Respondent gave no reason for its refusal to reinstate me.

I believe that I have been discriminated against because of my age, 49, in violation of the Age Discrimination in Employment Act of 1967. I believe that I have been discriminated against in violation of the Americans with Disabilities Act of 1990. I further believe that I have been discriminated against because of my sex, male and race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1-30-08   Charging Party Signature: Terry Don Brown

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED FEB 1 2008 EEOC-SFDO

# EXHBIIT C

*11-13-07*

*Discrimination Exhibit ⓐ*

(continued)

I spoke first our manager Karl Kuhlmann

I spoke first with our manager Karl Kuhlmann  he said he did not
know anything about what they're going to do. Talk to they're
superviser.
So, i talked to there facilities superviser , he stated he did'nt
know what was going to happen. Go talk to human resources.
So iwent. I go to main office .I can't recall names; but the most
mention of the name will bring back memory..

DISCRIMENATION CONTINUED *—Too this day.*
*5-7 2008*
*not allowing a rehire*

first; I was removed from working at the Oakland Airport location
after stating who, and what caused my on the job injuries.
Supposingly to get away from a hostil envirement.
 same superviser was removed from his possition after the
death of his immediat foreman Jerry Bizzel which many employees
blamed his superviser John Kaehms.
SECONED; year 2001 . I reported for work duty with proper I .D
for in and out you need your job i, d, to enter your job faciliti
es. I was picked out not allowed inbuilding. I entered building
after being called to meeting. I was stopped by security and
excorted out of the building right now you can't go any further.
EVERONE else was allowed in building and any where else.

1998 i was physically assaulted by employee name Rickie Lopp
Nothing was never done. I feared for my job.
1999 i was mentally assaulted by two other employees named *Victor Rodgrist*
*and* Dick Stillwell from garding facilities. over an issue John Kaehms. *Tempan*
created. Leadman Billy Mayfield witnessed this himself. *worker*
*John Kaehms*
THIRD; 2001 i unknowingly retired from my job with the Port of *hire.*
Oakland when i realized what i done i was admitted to herrit
hospital via kaiser hospital. I've been trying to get my job
(*)→ back since this day. It feels like i never had any rights.
Like not having the right to live, ifelt stripped of everything
I could not believe that i retired from such a beautifull job
less than 5 miles away from home. see Doctor report.

THANK YOU *Jerry Brown*

# EXHBIIT D

EEOC Form 161 (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**    Exhibit 6

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Terry D. Brown<br>P.O. Box 5279<br>Oakland, CA 94605 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2008-00141 | Bryne A. Moore, Investigator | (503) 477-6056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Michael Baldonado_    3-17-08

Michael Baldonado,    (Date Mailed)
Acting Director

Enclosures(s)

cc:    David L. Alexander
Port Attorney
PORT OF OAKLAND
530 Water Street
P.O. Box 2064
Oakland, CA 94604