Edwin J. Wilson, Jr. (Bar No. 48881)
Kurt C. Wendlenner (Bar No. 238434)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA  94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant
Port of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN,<br><br>          Plaintiff,<br><br>vs.<br><br>PORT OF OAKLAND,<br><br>          Defendant. | Case No. C 08-02358SI<br><br>**DECLARATION OF GISHELA PORTUGAL IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6); AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(c)**<br><br>Date:        July 25, 2008<br>Time:       9:00 a.m.<br>Courtroom:  10 – 19th Floor |

I, Gishela Portugal, declare as follows:

1.      I am the Human Resources Operations Technician at the Port of Oakland (the "Port".) I have been employed in this position with the Port since August 2000. Part of my responsibility in this position is to maintain employee and employment-applicant records with the Port. The following statements are made upon my personal knowledge unless otherwise indicated. If called, I would competently testify to the following matters.

2.      I have reviewed the Port's employee records. The records indicate that Terry Brown resigned from his position with the Port on January 3, 2001.

3.      At least as far back as January 16, 2001, the Port has utilized a record system that tracks and records the date of all employment applications with the Port. I reviewed this system for any information relative to Terry Brown. As a result of my review, I have concluded that, at

1  least as far back as January 16, 2001, Terry Brown has not applied for, nor has he been
2  considered for employment with the Port.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.

6  Dated: June 20, 2008                                  _____
                                                          Gishela Portugal

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

919191.9191\899296.1

DECLARATION OF GISHELA PORTUGAL IN SUPPORT
OF MOTION TO DISMISS - Case No. C 08-02358SI          - 2 -