Edwin J. Wilson, Jr. (Bar No. 48881)
Kurt C. Wendlenner (Bar No. 238434)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA  94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant
Port of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN, | Case No. C 08-02358SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| vs. | |
| PORT OF OAKLAND, | Date:        July 25, 2008<br>Time:        9:00 a.m.<br>**Courtroom:  10, 19th Floor** |
| Defendant. | |

The Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) of defendant Port of Oakland ("Defendant"), came on regularly for hearing on July 25, 2008, at 9:00 a.m. in Courtroom 10 of the above-entitled Court. After full consideration of Defendant's Motion, the papers submitted by the parties in support and in opposition thereto, and the arguments presented,

IT IS HEREBY ORDERED, DECREED AND AJUDGED that:

1. Defendant's Motion to Dismiss is GRANTED in its entirety.

2. The Court finds that Plaintiff has failed to state a claim upon which relief could be granted and failed to exhaust administrative remedies within the applicable statues of limitation.

/ / /

/ / /

1      3.    Plaintiff Terry Brown's entire Complaint is hereby dismissed.

    IT IS SO ORDERED.

Dated: _____, 2008

Honorable Susan Illston
United States District Court
Northern District of California

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036