IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN, | No. C 08-02358SI |
| Plaintiff, | **NOTICE** |
| v. | |
| PORT OF OAKLAND, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss and for summary judgment has been continued to Friday, August 22, 2008, at 9:00 a.m.

Dated: June 24, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk