1  Edwin J. Wilson, Jr. (Bar No. 48881)
   Kurt C. Wendlenner (Bar No. 238434)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   94604-2047 Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Attorneys for Defendant
6  Port of Oakland

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | TERRY BROWN,          | Case No.  C 08-02358SI |
12 |        Plaintiff,     | **REPLY MEMORANDUM IN SUPPORT OF THE PORT OF OAKLAND'S MOTION** |
13 |   vs.                 | **TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT** |
14 | PORT OF OAKLAND,      | |
15 |        Defendant.     | Date:  August 22, 2008  Time:  9:00 a.m.  Courtroom: 10, 19th Floor |

16

17  **I.     ARGUMENT**

18       Plaintiff Terry Brown ("Brown") has not filed an opposition to the Port of Oakland's ("the

19  Port") Motion to Dismiss (Rule 12(b)) or in the Alternative, Motion for Summary Judgment (Rule

20  56).  Brown advances neither law nor argument to suggest that his complaint is not, on its face,

21  defective for the reasons stated in the Port's motion under Rule 56(e)(2),

22       When a motion for summary judgment is properly made and supported, an
         opposing party may not rely merely on allegations or denials in its own
23       pleading; rather, its response must – by affidavits or as otherwise provided
         in the is rule – set out specific facts showing a genuine issue for trial.  ***If***
24       ***the opposing party does not so respond, a summary judgment should, if***
         ***appropriate, be entered against, that party.***  (Emphasis added.)
25

26       The Port has established, by reference to the pleadings and through various declarations

27  that Brown voluntarily retired from his employment with the Port in 2001, never reapplied and

28  has not been considered for reemployment since that time.  For these reasons, Brown cannot

007137.0151\1011700.1

*- REPLY MEMORANDUM IN SUPPORT OF THE PORT OF OAKLAND'S MOTION TO
DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT Case No.  C 08-02358SI*

establish a prima facie claim of discrimination or retaliation or that the Port took any action against him because of any protected - class status.

Significantly, it is also clear that Brown failed to exhaust his administrative remedies by failing to file his charge with the Equal Employment Opportunity Commission ("EEOC") within the statutorily prescribed time.

## II.  CONCLUSION

For the foregoing reasons the Port's Motions pursuant to Rules 12(b) and 56 should be granted in their entirety. This matter should be dismissed and judgment should be granted in favor of the Port.

Dated: August 4, 2008                                WENDEL, ROSEN, BLACK & DEAN LLP


By: */s/ Edwin J. Wilson, Jr.*
     Edwin J. Wilson, Jr.
     Attorneys for Defendant
     Port of Oakland

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

007137.0151\1011700.1

*REPLY MEMORANDUM IN SUPPORT OF THE PORT OF OAKLAND'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT - Case No. C 08-02358SI*   - 2 -

**PROOF OF SERVICE**

I, Louis Agront, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On August 4, 2008, I served a copy of the within document(s):

REPLY MEMORANDUM IN SUPPORT OF THE PORT OF OAKLAND'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of the Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of the Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☐ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed UPS envelope with overnight deliver fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address(es) set forth below, and causing the envelope to be delivered that same date to a UPS courier or driver authorized by the express service carrier to receive documents for delivery.

☒ by personally delivering true and correct copies of the document(s) listed above in a sealed envelope, addressed to the person(s) at the address(es) set forth below, by leaving the envelope, which was clearly labeled to identify the attorney(es) being served, with the receptionist or other person apparently in charge at the address(es) set forth below.

☒ See attached service list

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2008, at Oakland, California.

                                              */s/ Louis Agront*
                                              Louis Agront

007137.0151\1021362.1

1 **<u>Service List</u>**

2

3 Terry Brown                                   *Plaintiff in Pro Se*
915 E. 21st Street
4 Oakland, CA  94606
(510) 967-6872

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

007137.0151\1021362.1                - 2 -

PROOF OF SERVICE