IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN, | No. C 08-02358 SI |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| PORT OF OAKLAND, | |
|     Defendant. | |

Defendant's motion to dismiss plaintiff's first amended complaint is granted. This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 17, 2008

SUSAN ILLSTON
United States District Judge